## Campbell v. The State.

APPEAL from Bridgeport City Court.

Tried before the Hon. SAM W. TATE.

TALLY & PROCTOR, for appellant.

WM. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for gaming in a public place. The judgment of conviction is affirmed upon the authority of the following cases, in which practically the same questions were presented: *Johnson v. State*, 75 Ala. 7; *Downey v. State*, 90 Ala. 664; *Bowden v. State*, 91 Ala. 61.

Opinion by HARALSON, J.

---

## Bostick *et al.* v. Clay *et al.*

APPEAL from the Circuit Court of Jackson.

Tried before the Hon. JAMES A. BILBRO.

J. E. BROWN, for appellants.

MARTIN & BOULDIN, for appellee.

This was a statutory act of ejectment, brought by the appellants against the appellees. The present appeal is taken from a judgment in favor of the defendants. This appeal is dismissed on motion of the appellee, on the grounds, among others, that there was no abstract filed, and that the transcript was not filed at the return term of the appeal.

Opinion PER CURIAM.